# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS MILLS,** | ) | Case No. CV 16-9681-DDP(AJW) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **STEWART SHERMAN, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: September 12, 2017

Dean D. Pregerson
United States District Judge